05-15-01536-CV

FILED
12/17/2015 11:29:50 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

NO. CC-15-05323

| | | |
|---|---|---|
| **MICHAEL MCCORD** | § | **IN THE COUNTY COURT AT LAW** |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **NO. 4** |
| | § | |
| **TONY TEAL** | § | |
| **Defendant.** | § | **DALLAS COUNTY, TEXAS** |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/18/2015 11:23:00 AM
LISA MATZ
Clerk

## NOTICE OF APPEAL

Defendant, Tony Teal, party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on 11-6-15.

Tony Teal desires to appeal because he was not present for agreed judgment and was hospitalized while trial was being conducted.

This appeal is being taken to the 5th Court of Appeals.

This notice is being filed by Tony Teal.

Respectfully submitted,

THE JACKSON LAW FIRM

By: /s/ Ray Jackson
Ray Jackson
Texas Bar No. 00797754
Email: rjackson@jacksonfirm.net
1700 Pacific Ave., Suite 3890
DALLAS, TEXAS 75201
Tel. (214) 651-6250
Fax. (214) 651-6244

Attorney for Defendant
Tony Teal


## **<u>CERTIFICATE OF SERVICE</u>**

      I certify that on December 17, 2015 at 11:30pm a true and correct copy of Defendant's Notice of Appeal was served on L. Marc Girling electronically at marc.girling@gmail.com, and the electronic transmission was reported as complete.


<u>/s/ Ray Jackson</u>
Ray Jackson
E-mail:rjackson@jacksonfirm.net